No. 7,417.—BRUCE R. McNAMER, Administrator, et al., Respondents, *v.* GLACIER COUNTY et al., Appellants.

Decided May 13, 1935.

PER CURIAM.—Pursuant to praecipe filed by counsel for appellants, the appeal herein is ordered dismissed.

*Messrs. Cooper, Stephenson & Hoover, Mr. John W. Coburn, Mr. S. B. Chase, Jr.,* and *Mr. John E. Corette, Jr.,* for Appellants.

*Mr. Louis P. Donovan,* for Respondents.